IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIE CUMMINGS, individually and
on behalf of all others similarly situated,**

    Plaintiff,

v.                                      Case No. 1:22-cv-141-AW-HTC

**BLUE DIAMOND GROWERS,**

    Defendant.

_____/

## FINAL ORDER

The court granted Blue Diamond's motion to dismiss with leave to amend. ECF No. 39. Cummings has provided notice that he will not amend. ECF No. 40. Accordingly, final judgment will enter consistent with the court's order of dismissal.

The clerk will enter judgment that says, "This case was resolved on a motion to dismiss. Plaintiff's claims for injunctive relief are dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff's claims for damages are dismissed on the merits."

The motion for class certification (ECF No. 7) is DENIED as moot.

The clerk will close the file.

SO ORDERED on May 16, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge