IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIE CUMMINGS, individually and
on behalf of all others similarly situated**,

 Plaintiff,

v.    Case No. 1:22-cv-141-AW-HTC

**BLUE DIAMOND GROWERS,**
 **Defendant.**
_____ /

# JUDGMENT

This case was resolved on a motion to dismiss. Plaintiff's claims for injunctive relief are dismissed without prejudice for lack of subject-matter jurisdiction. Plaintiff's claims for damages are dismissed on the merits.

              JESSICA J. LYUBLANOVITS
              CLERK OF COURT

<u>May 16, 2023</u>         s/ KELLI MALU
Date              Deputy Clerk: Kelli Malu